THE STATE ex rel. COLEMAN, Appellant, v. HAWES et al.

In Banc, November 3, 1903.

The judgment in this case is affirmed on the authority of State ex rel. Rife v. Hawes, reported at page 360 of this volume.

Appeal from St. Louis City Circuit Court.—*Hon. O'Neil Ryan*, Judge.

AFFIRMED.

*A. A. Paxson* for appellant.

*C. W. Bates* and *Wm. F. Woerner* for respondents.

GANTT, J.—Mandamus for $794.32, salary as patrolman from October 17, 1895, to August 3, 1896. Judgment for defendants and relator appealed.

Relator was appointed patrolman on April 16, 1875, promoted to sergeant March 24, 1882, reduced to patrolman October 24, 1884, retired as a veteran on half pay on October 17, 1895, reappointed patrolman on August 3, 1896, and voluntarily resigned on the same day.

At the time of his retirement he had fully served out his appointed term and was a mere *locum tenens.* The case is therefore within the rule laid down in State ex rel. Rife v. Hawes, reported at page 360 of this volume. The judgment of the circuit court is for the right party and is affirmed.

All concur.